# CRIMINAL CAUSE FOR PLEA HEARING

BEFORE: **RAMON E. REYES, JR**    DATE: **3/1/2017**    START TIME: **3:56 PM**
                                                         END TIME: **4:58 PM**

**16-CR-234-(3)(BMC)**

DEFT'S. NAME: **Christopher F. Castaldo # 3**
    √ **present**    __ not present    __ **Custody**    √ **Bond/ Bail**

DEFT'S COUNSEL: **Steven Kaplan**
    √ **present**                          √ **Retained**

A.U.S.A.: **Lauren Elbert**    CLERK: **M. Vertus**

FTR:# **3:56:44-4:02:40 continued 4:05:45-4:34:58 continued 4:36:33-4:39:42 continued 4:49:22-4:57:54 4:57:57-4:58:55**

__X__ CASE CALLED

DEFT.    __X__ SWORN    __ ARRAIGNED    __X__ INFORMED OF RIGHTS
         __X__ WAIVES TRIAL BEFORE DISTRICT COURT

__    DEFT STATES TRUE NAME TO BE_____. INFORMATION AMENDED.
__    WAIVER OF INDICTMENT EXECUTED FOR DEFT.
__    INFORMATION FILED
__    DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
__    DEFT ENTERS GUILTY PLEA TO THE INDICTMENT.
__X__ DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A GUILTY PLEA TO COUNT **1** OF THE SUPERSEDING INDICTMENT.
__X__ COURT FINDS FACTUAL BASIS FOR THE PLEA.
__X__ SENTENCING SET FOR **6/2/17** AT **10:00 AM before Judge Cogan**
      * **Parties should comply with Judge Cogan's sentencing rules.**

__X__ BAIL CONT'D FOR DEFT.

__    CASE ADJ'D TO_____ FOR_____
__    SPEEDY TRIAL INFO FOR DEFT    __ STILL IN EFFECT
      CODE TYPE__    START____    STOP____
      __ ORDER / WAIVER EXECUTED & FILED.    __ ENT'D ON RECORD.

__    BAIL CONDITIONS MODIFIED AS FOLLOWS:

__X__ **Transcript Ordered for Judge Cogan**

OTHER: PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE REYES DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED. PLEA AGREEMENT MARKED AS GOVERNMENT EXHIBIT #1 AND RETURNED TO THE ASSISTANT.