UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,       NOTICE OF CHANGE OF
                                                                                                                              **ADDRESS**

                                   Plaintiffs,          Case No. 1:16-cr-00234-BMC
        - against -

CHRISTOPHER CASTALDO, et al.,

                                   Defendant.
-------------------------------------------------------------------x

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending.         [ ] I have no cases pending.

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

STEVEN M. KAPLAN

My EDNY Bar Number is: SK 4228      My State Bar Number is 1521210

OLD ADDRESS: 535 5th Ave, New York, NY 10017

NEW ADDRESS: 1180 Avenue of the Americas, New York, New York 10036

I will continue to be counsel of record on the above-entitled case at my new address.

Dated: New York, New York
        May 2, 2017

                                                   **ROSENFELD & KAPLAN, LLP**

                                           By: _____
                                                   Steven M. Kaplan (SK 4228)
                                                   1180 Avenue of the Americas
                                                   Suite 1920
                                                   New York, New York 10036
                                                   (212) 682-1400
                                                   *Attorneys for Defendant Christopher Castaldo*